IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In the Matter of:

LUANN WORKMAN COLLINS

CASE No. 9-13-bk-15797-FMD
Chapter 7

Debtor(s)/

## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

**The objection deals *solely* with valuation.**
The Trustee, DIANE L. JENSEN, hereby objects to the claim of exempt property consisting of:
  2004 Nissan Titan, cash and jewelry listed on Amended Schedule C filed by the Debtor on 1/8/2014
for the following reason:

  Trustee questions the value of the personal property and asserts that the Debtor exceeds her entitlement to a claim of exemption under Article X, Section 4 and Florida Statute 222.25(4). Trustee will arrange appraisal of the personal property to determine the exact amount of the overage.

I hereby certify that a true and correct copy of the above and foregoing has been served by electronic notice if registered in the Electronic Case Filing System, otherwise by U. S. Mail on the following: **CYNTHIA P. BURNETTE, Ass't U.S. Trustee**, **LUANN WORKMAN COLLINS,** 16470 OAKVIEW CIRCLE , ALVA, FL 33920, and **DAVID R SINGHA,** P. O. Box 56424, St. Petersburg, FL 33732, on this January 9, 2014.

/s/Diane L. Jensen_____
Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL  33902
(239) 339-2293
(239) 332-2243 - fax

F:\WPDATA\SUE\WORDDOCS\OBJEXEMP\Collins.Luann.doc
59913.793