**[8odmdssl]** [ORDER DENYING MOTION TO DETERMINE SECURED STATUS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:13−bk−15797−FMD
Chapter 7

Luann Workman Collins
16470 Oakview Circle
Alva, FL 33920

_____Debtor*_____/

ORDER DENYING MOTION TO DETERMINE
SECURED STATUS AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE

THIS CASE came on for consideration upon the Motion to Determine Secured Status and to Strip Lien Effective Upon Discharge of Regions Mortgage (the "Motion"). The Court having reviewed the Motion finds that is deficient in that it fails to comply with Administrative Order TPA−2009−10 or FTM−2009−1, as indicated below:

☐ The affected creditor has not filed a proof of claim and has until Enter claims bar date to do so.

☐ Does not contain the redacted loan number (formatted as xxxx1234) or recording information of all mortgage liens affected by the Motion.

☐ The Motion fails to state the amount due and owing to the first mortgagee and the Court is unable to determine whether the mortgage is wholly unsecured.

☑ Does not contain the legal description and/or the street address of the property.

☐ Does not declare the basis of the valuation.

☐ Is not verified <u>or</u> supported by an affidavit or declaration of the Debtor pursuant to 28 U.S.C. Section 1746.

☐ Service is improper in that the appropriate persons required in Fed. R. Bankr. P. 7004(b) were not served or were not served by certified mail pursuant to Rule Fed. R. Bankr. P. 7004(h).

☐ Service is improper in that the person who filed the mortgagee's claim was not served.

☐ Service is improper in that the attorney for such creditor was not served.

☐ Negative notice legend does not give interested parties 30 days to file an objection.

☐ Attorney's fees are requested, however, the title of the Motion does not reflect attorney's fees will be sought.

☐ The Motion combines requests for relief against multiple creditors in one document.

☐ The Motion does not include the appraisal as cited in the motion.

Accordingly, it is

**ORDERED** that the Motion to Determine Secured Status and to Strip Lien Effective Upon Discharge of Regions Mortgage is denied, without prejudice.

BY THE COURT

Dated: January 15, 2014

_____
Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.