B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Luann Workman Collins**,
Debtor

Case No. **9:13-bk-15797**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 535,000.00 | | |
| B - Personal Property | Yes | 3 | 219,052.49 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,319,669.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 9,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 633,668.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,945.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,790.00 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | | Total Assets | 754,052.49 | | |
| | | | Total Liabilities | 1,962,337.00 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Middle District of Florida

In re  **Luann Workman Collins**, Debtor

Case No. **9:13-bk-15797**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 9,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 9,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,945.00 |
| Average Expenses (from Schedule J, Line 18) | 7,790.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,880.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 784,669.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 1,300.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 7,700.00 |
| 4. Total from Schedule F | | 633,668.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,426,037.00 |

B6B (Official Form 6B) (12/07)

In re  **Luann Workman Collins** ,   Case No.   **9:13-bk-15797**
                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | **25.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking** | - | **100.00** |
| | | | **Mid America- Checking** | J | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Residential Security Deposit** | - | **775.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **2 sectionals, end table, Entertainment center, Bedroom furniture, and kitchen table and chairs, 2 TVs, CD, Radio, appliances, Various other household goods and furniture. Debtors house burned down in 2009 and she has not replaced all furniture.  Debtor's Nephew lives in debtor's house and has furniture in house.** | - | **2,500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **used clothing** | - | **100.00** |
| 7. | Furs and jewelry. | | **Wedding Band, various costume Jewelry** | - | **2,000.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **fishing poles, golf clubs** | - | **70.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **5,570.00**
(Total of this page)

**2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Luann Workman Collins**                                    ,   Case No.   **9:13-bk-15797**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **FL Prepay college Fund** | - | **10,000.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | - | **0.49** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Eco Green International, Inc** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loans to Ecogreen Cremations Systems, Inc. Est. $156,925.00  (no longer doing business)** | - | **198,181.00** |
| | | **Loans to Ecogreen International, Inc.  Est. $41,256.00** | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                                                Sub-Total >     **208,181.49**
                                                                                              (Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Luann Workman Collins**                                ,    Case No.   **9:13-bk-15797**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Debtor's Company Eco Green Cremation systems may have a patent pending** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Nissan Titan 140,00 miles** | - | 4,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Laptop, Imac, Note pad, printer,** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog** | - | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                            Sub-Total >      **5,301.00**
                                                                            (Total of this page)
                                                                            Total >       **219,052.49**

Sheet   **2**   of   **2**    continuation sheets attached
to the Schedule of Personal Property                               (Report also on Summary of Schedules)

## United States Bankruptcy Court
### Middle District of Florida

In re  Luann Workman Collins                                      Case No.   9:13-bk-15797
                                   Debtor(s)                                      Chapter    7

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __5__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  1/21/14                                    Signature  /s/ Luann Workman Collins
                                                                          **Luann Workman Collins**
                                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Middle District of Florida**

In re  **Luann Workman Collins**                                                              Case No.   **9:13-bk-15797**
                                              Debtor(s)                                       Chapter    **7**

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of the Amended Summary of Schedules and Schedule B was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors as listed on the Attached Matrix.


                                                                /s/ David R. Singha
                                                                **David R. Singha 120375**
                                                                **David R. Singha, PA**
                                                                **POB 56424**
                                                                **Saint Petersburg, FL 33732**
                                                                **727-327-3219**
                                                                **david@flabk.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:13-bk-15797-FMD<br>Middle District of Florida<br>Ft. Myers<br>Wed Jan 22 13:01:22 EST 2014 | Luann Workman Collins<br>16470 Oakview Circle<br>Alva, FL 33920-3167 | 5/3 Bank<br>250 N. Sunnyside #300<br>Brookfield, WI 53005 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | AT&T<br>PO Box 536216<br>Atlanta, GA 30353-6216 | AURORA Medical<br>POB 341457<br>Milwaukee, WI 53234-1457 |
| Accelerated Engineering<br>605 Fulton Ave<br>Rockford, IL 61103-4183 | Action Weld & Supply<br>4506 County HWY F<br>PO Box 432<br>Elkhorn, WI 53121-0432 | Adams Electric<br>504 A Nathan Lane<br>Elkhorn, WI 53121-1860 |
| Advanced Fitting<br>218 W. Centrailia St.<br>Elkhorn, WI 53121-1606 | Al Barrell Electric<br>901 W. Lehigh St.<br>Bethlehem, PA 18018-5151 | Allen Dyer<br>255 South Orange Ave<br>Orlando, FL 32801-3460 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Amsouth Bank/Dovenmueh<br>Po Box 110<br>Hattiesburg, MS 39403-0110 | AnchorBank<br>c/o Amanda Prutzman, Esq.<br>Eckerg, Lammers, Biggs, LLP<br>430 Second St.<br>Hudson, WI 54016-1510 |
| Animal Memorial Service, INC<br>8860 Muraoka Dr.<br>Gilroy, CA 95020-3684 | Apex Global<br>6925 Cottage Hill Rd<br>Mobile, AL 36695-3715 | Aqua Systems<br>14611 Ben C Pratt<br>Six Mile Cypress<br>Fort Myers, FL 33912 |
| Asset Acceptance Llc (Original Creditor:<br>Po Box 1630<br>Warren, MI 48090-1630 | Assoc Coll (Original Creditor:Medical)<br>113 W Milwaukee St Pob 816<br>Janesville, WI 53548-2913 | BB&T<br>200 West Secon St.<br>Winston Salem, NC 27101 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Bay Insulation<br>823 RR #1 South  60th St.<br>Milwaukee, WI 53214 | Bealls Department Stor<br>Po Box 25207<br>Bradenton, FL 34206-5207 |
| Bell & Howell<br>75 Jonson Dr.<br>Rochester, NY 14616 | Bentley World Packaging<br>POB 59838<br>Schaumburg, IL 60159-0838 | Bielski Petland Cemetery<br>2212 Roosevelt t.<br>Aberdeen, WA 98520 |
| CMS Mechanical, Inc<br>7 Humphreys Dr<br>Ivyland, PA 18974-1428 | Cach, Llc (Orig Cred 5/3)<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3408 | Cach, Llc (Original Creditor:Fifth Third<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3408 |

| | | |
|---|---|---|
| Centegra<br>4800 Mills Civic PKWY<br>#202<br>West Des Moines, IA 50265-5265 | Century Link<br>POB 1319<br>Mc Adenville, NC 28101 | Charter Business<br>510 Beloit St.<br>Walworth, WI 53184-9645 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Colombia Pipe<br>23671 Neetwork Pl.<br>Chicago, IL 60673-1236 | Comenity Bank/Anntylr<br>Po Box 182273<br>Columbus, OH 43218-2273 |
| Comenity Bank/Eddiebau<br>995 W 122nd Ave<br>Westminster, CO 80234-3417 | Compassionate Pet<br>2016 Hamilton LN<br>Las Vegas, NV 89106-4011 | Copies Prints Plus<br>906 South Wells<br>Lake Geneva, WI 53147-2447 |
| Crabiel Riposta Funeral Home<br>182 Waldo Ave<br>Belfast, ME 04915-6912 | Crabiel Riposta Funeral Home<br>c/o Mary L. Poletti, Esq.<br>308 Milwaukee Ave<br>Burlington, WI 53105-1229 | Credit Coll (Original Creditor:10 Florid<br>Po Box 9136<br>Needham, MA 02494-9136 |
| Deignan & Associates<br>326 Center St.<br>Lake Geneva, WI 53147-1999 | Eriks Corporation<br>POB 432<br>Elkhorn, WI 53121-0432 | FMA Alliance, LTD (regions)<br>12339 Cutten Rd<br>Houston, TX 77066-1807 |
| Ferguson<br>2300 N. Sandra St.<br>Appleton, WI 54911-8666 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 | Florida Power & Light<br>Two Wells Ave<br>Newton Center, MA 02459-3208 |
| Gecrb/Jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | George Dexter Ball and<br>Yanna Ball<br>6225 - 29th Ave. N.<br>Saint Petersburg, FL 33710-3207 | George Dexter Ball and<br>Yoanna Ball<br>c/o Robert C. Schermer, Esq<br>PO Box 551<br>Bradenton, FL 34206-0551 |
| Grainger<br>12431 Metro PKWY<br>Fort Myers, FL 33966-1316 | Green Schoenfeld<br>1380 Royal Palm Sq. Blvd<br>Fort Myers, FL 33919-1077 | Gruenther Supply<br>439 W. 11th St.<br>Fond Du Lac, WI 54935 |
| H & R Accounts Inc (Original Creditor:Ce<br>7017 John Deere Pkwy<br>Moline, IL 61265-8072 | Harris & Harris Ltd (Original Creditor:A<br>111 W Jackson Blvd S-400<br>Chicago, IL 60604-3589 | Hawks Quindel<br>c/o Robert Pasch<br>33 East Main St. #500<br>PO Box 2038<br>Madison, WI 53701-2038 |
| Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Hsbc/Bostn<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | I C System Inc (Original Creditor:At T<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JCC<br>PO Box 519<br>Sauk Rapids, MN 56379-0519 | Jaeco Fluid Systems<br>17 Lee Blvd. Ste D<br>Malvern, PA 19355-1234 |
| Jjill/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | John F. Hayter<br>704 NE 1st<br>Gainesville, FL 32601-5303 | Keller Mechanical<br>305 Winson Creek PKWY<br>Lakeland, FL 33810-2824 |
| Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Konica Minolta<br>Dept 19188<br>Palatine, IL 60055-0001 | Lakeside Painting<br>POB 106<br>East Troy, WI 53120-0106 |
| Lettenberger & Glasbrenner<br>125 N. 2nd St.<br>Delavan, WI 53115-1159 | Lutz-Jesco America corp<br>55 Bermar park<br>Rochester, NY 14624-1542 | MMC Contractors<br>5080 South Cameron<br>Las Vegas, NV 89118-1553 |
| MSC Supply<br>75 Maxess Rd<br>Melville, NY 11747-3151 | Madison Rose Mech. Institute<br>1658 Ember Ave<br>Adams, WI 53910-9498 | Mark Fenton<br>3085 Windson Ct. #903<br>Naples, FL 34109-8938 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Mercy Health System<br>1000 Mineral Point Ave<br>Janesville, WI 53548-2940 | Milport<br>2829 S. Fifth Ct.<br>Milwaukee, WI 53207-1474 |
| Milwaukee Boiler<br>1101 S. 41st Street<br>Milwaukee, WI 53215-1323 | Namasco<br>12900 S. Metron Dr.<br>Chicago, IL 60633-2366 | Ned Ostenso, Esq<br>25 Ninth Ave. N.<br>PO Box 458<br>Hopkins, MN 55343-0458 |
| Niclolai & Poletti, LLC<br>308 Milwaukee Ave<br>Burlington, WI 53105-1229 | O'Neil, Cannon, Hollman<br>111 E. Wisconsin Ave<br># 1400<br>Milwaukee, WI 53202-4870 | Old Dominion<br>14933 Collection Ctr<br>Chicago, IL 60693-0149 |
| Old Dominion Freight Line<br>c/o hahn Law office<br>125 North Second St.<br>PO Box 897<br>Delavan, WI 53115-0897 | Oneill Cannon<br>111 E. Wisconsin Ave<br>Milwaukee, WI 53202-4870 | Patriot Steel<br>POB 5215<br>Elgin, IL 60121-5215 |
| Priority ONe<br>POB 398<br>North Little Rock, AR 72115-0398 | R&L Carriers<br>5005 S. 6th St.<br>Milwaukee, WI 53221-3615 | Rausch, Sturm, Israel, LLC<br>250 N. Sunnyslope Rd<br>#200<br>Brookfield, WI 53005-4824 |

| | | |
|---|---|---|
| Reid Supply<br>2265 Black Creek Rd<br>Muskegon, MI 49444-2673 | Richard Matt<br>c/o Robert Pasch, Esq.<br>33 East Main St.  #500<br>PO Box 2038<br>Madison, WI 53701-2038 | Ron & Son, INC<br>8941 College PKWY<br>Fort Myers, FL 33919-4820 |
| Shawn Pfeuffer<br>4741 St. Regis Dr.<br>Racine, WI 53403-3922 | Smooth Operators<br>c/o NRG & Associates<br>16775 Addison Rd. # 300<br>Addison, TX 75001-5169 | SunTrust<br>POB 7876<br>Madison, WI 53707-7876 |
| Suntrust Bank<br>6101 Chancellor Dr<br>Orlando, FL 32809-5698 | Suntrust Bank<br>Po Box 68221<br>Orlando, FL 32862 | Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 |
| Talbots<br>175 Beal St<br>Hingham, MA 02043-1512 | Tisley & Associates<br>1140 St. George Street<br>Cincinnati, OH 45202 | Torhorst Law Office<br>500 Commercial Court<br>Lake Geneva, WI 53147-4564 |
| Transworld Systems Inc<br>POB 15520<br>Wilmington, DE 19850-5520 | True Stop<br>1725 W. 10th Place<br>Tempe, AZ 85281-5211 | Trustop<br>POB 17208<br>Tucson, AZ 85731-7208 |
| Turpen<br>35367 Eagle Way<br>Chicago, IL 60678-1353 | Univar<br>11235 FM 529 rd<br>Houston, TX 77041-3205 | Up/Regionsm<br>Po Box 110<br>Hattiesburg, MS 39403-0110 |
| VHA<br>370 Bridgport Way<br>South Saint Paul, MN 55075-2486 | Van Dyken<br>220 S Broad St.<br>Elkhorn, WI 53121-1802 | Veterinary Hospitals Assoc.<br>370 Bridgeport Way<br>South Saint Paul, MN 55075-2486 |
| Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Watson Rounds<br>5371 Kietzke Lane<br>Reno, NV 89511-2083 | Welders Supply<br>111 Barrett Place<br>Beloit, WI 53511-4401 |
| Wisconsin Dept of Rev<br>POB 8946<br>Madison, WI 53708-8946 | Wisconsin Electric Pow<br>231 W Michigan St # A130<br>Milwaukee, WI 53203-2918 | veterinary Hospitals Assoc.<br>370 Bridgepoint Way<br>South Saint Paul, MN 55075-2486 |
| Diane L Jensen +<br>Trustee<br>P O Drawer 1507<br>Fort Myers, FL 33902-1507 | Diane L. Jensen, Attorney for Trustee +<br>P.O. Drawer 1507<br>Fort Myers, FL 33902-1507 | United States Trustee - FTM7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |

David R Singha +
David R. Singha, P.A.
PO Box 56424
St. Petersburg, FL 33732-6424

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

5/3 Bank
5050 Kingsley Dr Md# 1moc2g
Cincinatti, OH 45263

BB&T
C/O Ann K. Pardue
Mail Code 00-16-05-30
200 W. 2nd St.
Winston Salem, NC 27101

IRS
POB 105017
Atlanta, GA 30348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Al barrell Electric
901 W. Lehigh St
Bethlehem, PA 18018-5151

(d)Bentley World Packaging LTD
PO Box 59838
Schaumburg, IL 60159-0838

(d)CMS Mechanical, Inc
7 Humphreys Dr.
Ivyland, PA 18974-1428

(u)Direct TV
4500 Cherry Creek Dr
CO 80245

(u)Fifth Third Bank

(u)Richard Matt
C/O Hawks Quindel
222 East Erie #210

End of Label Matrix
Mailable recipients   120
Bypassed recipients     6
Total                 126