FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-15797 | FMD | Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|---|
| Case Name: | COLLINS, LUANN WORKMAN | | | Date Filed (f) or Converted (c): | 11/30/13 (f) |
| | | | | 341(a) Meeting Date: | 01/08/14 |
| For Period Ending: | 03/31/14 | | | Claims Bar Date: | 04/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. LOCATION: 16470 OAKVIEW CIRCLE, ALVA FL 33920 | 535,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH<br>Cash | 25.00 | 0.00 | | 0.00 | FA |
| 3. CHASE CHECKING<br>Chase Checking | 100.00 | 115.31 | | 0.00 | 100.00 |
| 4. MID AMERICA- CHECKING<br>Mid America- Checking | 0.00 | 18.24 | | 0.00 | 0.00 |
| 5. RESIDENTIAL SECURITY DEPOSIT<br>Residential Security Deposit | 200.00 | 250.00 | | 0.00 | 200.00 |
| 6. 2 SECTIONALS, END TABLE, ENTERTAINMENT CENTER, BED<br>2 sectionals, end table, Entertainment center, Bedroom furniture, and kitchen table and chairs, 2 TVs, CD, Radio, appliances, Various other household goods and furniture. Debtors house burned down in 2009 and she has not replaced all furniture. Debtor's Nephew lives in debtor's house and has furniture in house. | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 7. USED CLOTHING<br>used clothing | 100.00 | 100.00 | | 0.00 | 100.00 |
| 8. WEDDING BAND, VARIOUS COSTUME JEWELRY<br>Wedding Band, various costume Jewelry | 2,000.00 | 1,025.00 | | 0.00 | 1,025.00 |
| 9. FISHING POLES, GOLF CLUBS<br>fishing poles, golf clubs | 70.00 | 70.00 | | 0.00 | 70.00 |
| 10. FL PREPAY COLLEGE FUND<br>FL Prepay college Fund | 10,000.00 | 0.00 | | 0.00 | FA |
| 11. IRA<br>IRA | 0.49 | 0.00 | | 0.00 | FA |
| 12. ECO GREEN INTERNATIONAL, INC | 0.00 | 0.00 | | 0.00 | 0.00 |

LFORM1  Ver: 17.05d

Case No: 13-15797   FMD   Judge: Caryl E. Delano  
Case Name: COLLINS, LUANN WORKMAN  

Trustee Name: DIANE L. JENSEN  
Date Filed (f) or Converted (c): 11/30/13 (f)  
341(a) Meeting Date: 01/08/14  
Claims Bar Date: 04/14/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Eco Green International, Inc | | | | | |
| 13. DEBTOR'S COMPANY ECO GREEN CREMATION SYSTEMS MAY H | 0.00 | 0.00 | | 0.00 | 0.00 |
| Debtor's Company Eco Green Cremation systems may have a patent pending | | | | | |
| 14. 2004 NISSAN TITAN 140,00 MILES | 4,800.00 | 9,300.00 | | 0.00 | 3,800.00 |
| 2004 Nissan Titan 140,00 miles | | | | | |
| 15. LAPTOP, IMAC, NOTE PAD, PRINTER, | 500.00 | 500.00 | | 0.00 | 500.00 |
| Laptop, Imac, Note pad, printer, | | | | | |
| 16. DOG | 1.00 | 1.00 | | 0.00 | 1.00 |
| Dog | | | | | |
| 17. post-petition commission (u) | 0.00 | 2,340.83 | | 0.00 | 2,340.83 |
| 18. loans to Ecogreen Cremations System (u) | 156,925.00 | 156,925.00 | | 0.00 | FA |
| company not in business | | | | | |
| 19. loans to Ecogreen International Inc (u) | 0.00 | 41,256.00 | | 0.00 | 41,256.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $712,221.49 | $214,401.38 | | $0.00 | $51,892.83 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor(s) repurchasing non-exempt assets. Last payment due 3/5/15; March 20, 2014, 03:07 pm

debtor will change start date to the 5th with a 5 day grace periodMarch 19, 2014, 02:58 pm dictated stip to repurchase

starting 4-01-14 plus surrender corp interest; 334/365 of tr (IRS is owed) plus loans from Eco Green intlMarch 10, 2014,

03:00 pm do motion for turnover and motion for 2004 examFebruary 25, 2014, 01:33 pm did followupFebruary 24, 2014,

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | |
|---|---|---|
| Case No: | 13-15797   FMD   Judge: Caryl E. Delano | Trustee Name: DIANE L. JENSEN |
| Case Name: | COLLINS, LUANN WORKMAN | Date Filed (f) or Converted (c): 11/30/13 (f) |
| | | 341(a) Meeting Date: 01/08/14 |
| | | Claims Bar Date: 04/14/14 |

01:26 pm dictated L with Kelley appraisalFebruary 04, 2014, 03:54 pm O/E and Joy LJanuary 08, 2014, 02:40 pm

Initial Projected Date of Final Report (TFR): 02/20/16     Current Projected Date of Final Report (TFR): 02/20/16

LFORM1

Ver: 17.05d

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-15797 -FMD |
| Case Name: | COLLINS, LUANN WORKMAN |
| Taxpayer ID No: | *******5615 |
| For Period Ending: | 03/31/14 |

| | |
|---|---|
| Trustee Name: | DIANE L. JENSEN |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******9306  Checking Account |
| Blanket Bond (per case limit): | $ 750,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9306 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 0.00 | 0.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

LFORM24

Ver: 17.05d