UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CHAPTER: 7

IN RE:

CASE NO.: 9:13-bk-15797 FMD

LUANN WORKMAN COLLINS

Debtor,

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned Attorney hereby appears in the above captioned case as counsel for Regions Bank. Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be given and all papers served or required to be served and filed in this case be given to and served upon the undersigned at the address set forth below:

> CARIDAD M. GARRIDO, ESQ.
> FLORIDA BAR NO. 814733
> GARRIDO & RUNDQUIST, P.A,
> 2800 PONCE DE LEON BLVD.SUITE 190
> CORAL GABLES, FLORIDA 33134
> (305) 447-0019 (voice)
> (305) 447-0018 (telefax)
> cary@garridorundquist.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights, property or interests of Regions Bank, and/or the debtor.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 19th day of May, 2014 I electronically filed this foregoing in the above captioned case with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission or Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

In Re:  Luann Workman Collins
Case No.: 9:13-bk-15797-FMD

I hereby certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (a).

By:/s/ Caridad M. Garrido
CARIDAD M. GARRIDO, ESQ.
FLORIDA BAR NO. 814733
GARRIDO & RUNDQUIST, P.A,
2800 PONCE DE LEON BLVD.SUITE 190
CORAL GABLES, FLORIDA 33134
(305) 447-0019 (voice)
(305) 447-0018 (telefax)
cary@garridorundquist.com

**SERVICE LIST**

*Debtor*
**Luann Workman Collins**
16470 Oakview Circle
Alva, FL 33920
LEE-FL
SSN / ITIN: xxx-xx-6668

represented **David R Singha**
by David R. Singha, P.A.
PO Box 56424
St. Petersburg, FL 33732
727-327-3219
Fax : 727-489-2413
Email: david@flabk.com

*Trustee*
**Diane L Jensen**
Trustee
P O Drawer 1507
Fort Myers, FL 33902
239-339-2293

represented **Diane L. Jensen, Attorney for Trustee**
by P.O. Drawer 1507
Fort Myers, FL 33902
239-339-2293
Email: bankruptcy@paveselaw.com

*U.S. Trustee*
**United States Trustee - FTM7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

GARRIDO & RUNDQUIST, P.A.
2800 Ponce de Leon Blvd., Ste 190
Coral Gables, Florida 33134
Telephone (305) 447-0019
Facsimile (305) 447-0018

By: /s/ Caridad M. Garrido
 Caridad M. Garrido, Esq.
 Florida Bar No.  814733
 Attorney for Regions Bank